**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EMILY BRODY,** *Plaintiff* | § § § | |
| | § | **A-22-CV-00050-JRN** |
| -vs- | § § | |
| **NEUTRON HOLDINGS, INC., UBER TECHNOLOGIES, INC.,** *Defendants* | § § § § | |

## ORDER

Before the court in the above-entitled cause of action are Defendant Uber Technologies Inc's Agreed MOTION *STIPULATING TO ARBITRATION AND TO DISMISS ACTION* (Dkt. 11) and all parties' Agreed MOTION to Dismiss *With Stipulation of Fact and Dismissal as to Neutron Holdings* (Dkt. 12). After reviewing each motion, both are **GRANTED**.

The parties have represented by their agreement as indicated by their signatures herein that Plaintiff and Defendants have reached factual stipulations that Defendant Neutron Holdings, Inc. did not own, control, design, manufacture, market or have any other involvement with the "Jump" vehicles at the time of the incident made the basis of Plaintiff's lawsuit, and have stipulated to the dismissal of all claims asserted by, between and against Defendant Neutron Holdings, Inc. only herein, with prejudice as to the refiling of same.

Further, pursuant to the stipulation of counsel, this matter is hereby dismissed with prejudice and all claims of Plaintiff EMILY BRODY against Defendant UBER TECHNOLOGIES, INC. shall be reserved and referred to arbitration

**IT IS ORDERED** that Defendant NEUTRON HOLDINGS, INC. be and is hereby dismissed with prejudice to the refiling of same.

**IT IS FURTHER ORDERED** that court costs are taxed to the party incurring same and Defendant NEUTRON HOLDINGS, INC. is to go hence without day. This Order disposes of all claims asserted by and against Defendant NEUTRON HOLDINGS, INC

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FURTHER ORDERED** that all pending motions are **MOOT**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 4th day of May, 2022.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE